DAVID F. FAUSTMAN (Nevada SBN 9396)
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: dfaustman@foxrothschild.com

Attorneys for Defendant
PARTY CITY CORPORATION

```
            FILED          ____ RECEIVED
       ✓    ENTERED        ____ SERVED ON
                           COUNSEL/PARTIES OF RECORD

              FEB - 1 2018

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
       BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**ORDER**

| | |
|---|---|
| DEVON ISBELL, an individual, | Case No.: 3:17-cv-709-MMD-VPC |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (FIRST REQUEST)** |
| v. | |
| PARTY CITY CORPORATION, a foreign corporation; MIKE ZAMECNIK, an individual; MIKE FRANCO, an indvidual; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50, | Complaint Filed: December 7, 2017<br>FAC Filed: December 7, 2017 |
| Defendants. | |

Plaintiff Devon Isbell ("Plaintiff") and defendant Party City Corporation ("Party City"), through their respective counsel, stipulate as follows:

1. Defendant Party City was served with the summons and Plaintiff's amended complaint on December 28, 2017. Party City's response to the amended complaint was originally due by January 18, 2017.

2. As a result of excusable neglect resulting from the switch of counsel handling this case, a response to the amended complaint was not filed by January 18, 2017.

3. Pursuant to Local Rule IA 6-1, the parties stipulated to a 30-day extension for Party City to file its responsive pleading to Plaintiff's amended complaint, such that the new deadline for the response will be February 19, 2018.

**IT IS SO STIPULATED**

DATED: January 31, 2018        FOX ROTHSCHILD LLP

By: */s/ David F. Faustman*
    DAVID F. FAUSTMAN
    Attorneys for Defendant
    PARTY CITY CORPORATION

DATED: January 31, 2018        THE GEDDES LAW FIRM, P.C.

By: */s/ William J. Geddes*
    WILLIAM J. GEDDES
    Attorneys for Plaintiff
    DEVON ISBELL

[PROPOSED] ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: February 1, 2018