1  DAVID F. FAUSTMAN (Nevada SBN: 9396)
   LYNNEL M. REYES (Nevada SBN: 14604)
2  FOX ROTHSCHILD LLP
   1980 Festival Plaza Drive, Suite 700
3  Las Vegas, NV 89135
   Telephone: (702) 262-6899
4  Facsimile:  (702) 597-5503
   dfaustman@foxrothschild.com
5  lreyes@foxrothschild.com

6  *Attorneys for Defendant*
   PARTY CITY CORPORATION and MIKE
7  ZAMECNIK

8
                    UNITED STATES DISTRICT COURT
9
                          DISTRICT OF NEVADA
10

11 | DEVON ISBELL, an individual | Case No.: 3:17-cv-00709-MMD-CBC
12 |                Plaintiff,   |
13 | v.                          | **DEFENDANTS' MOTION TO WITHDRAW DOCUMENT FROM THE RECORD**
14 | PARTY CITY CORPORATION, a foreign Corporation, MIKE ZAMECNIK, an individual; MIKE FRANCO, an individual; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50, |
17 |                Defendants.  |

18    Defendants Party City Corporation ("Party City") and Mike Zamecnik ("Zamecnik"),
19 through their undersigned counsel, respectfully requests this Court to withdraw ECF 27, *Joint*
20 *Stipulation and Order to Modify Discovery Plan and Scheduling Order and Request for*
21 *Settlement Conference Under LR 16-5 (First Request)*.  The undersigned was advised to
22 withdraw the document for clarify of the record.
23    DATED this 31st day of August, 2018.

24
25  **IT IS SO ORDERED**                        FOX ROTHSCHILD LLP
    _____
26  U.S. MAGISTRATE JUDGE                      */s/ Lynnel M. Reyes*
                                               DAVID F. FAUSTMAN (Nevada SBN: 9396)
27  DATED: 9/4/2018                            LYNNEL M. REYES (Nevada SBN: 14604)
                                               *Attorneys for Defendants* PARTY CITY
28                                             CORPORATION and MIKE ZAMECNIK

                                    1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2018, a true and correct copy of the foregoing **DEFENDANTS' MOTION TO WITHDRAW DOCUMENT FROM THE RECORD** was filed with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to all registrants.

David F. Faustman, Esq.
Lynnel M. Reyes, Esq.
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
dfaustman@foxrothschild.com
lreyes@foxrothschild.com
*Attorneys for Defendants Party City Corporation and Mike Zamecnik*

William J. Geddes, Esq.
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
will@thegeddeslawfirm.com
*Attorneys for Plaintiff Devon Isbell*

/s/ *Doreen Loffredo*
An employee of FOX ROTHSCHILD LLP