WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Plaintiff Devon Isbell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON ISBELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PARTY CITY CORPORATION, a foreign corporation; MIKE ZAMECNIK, an individual; MIKE FRANCO, an individual; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50.<br><br>Defendants. | CASE NO: 3:17-cv-00709-MMD-CBC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |

It his hereby AGREED and STIPULATED by and among the parties to this action through their respective counsel of record that this action be DISMISSED WITH PREJUDICE as to all parties and claims, with each of the parties to bear their own costs and fees.

Dated this  8th  Day of March 2019.       THE GEDDES LAW FIRM, P.C.


_____
WILLIAM J. GEDDES, Esq.
Nevada Bar Number 6984
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
(775) 853-9455

*Attorneys for Plaintiff Devon Isbell*

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

Dated this 8th Day of March 2019.

FOX ROTHSCHILD, LLP
*E-Signature Authorized*
*/s/*
_____
DAVID F. FAUSTMAN, Esq.
LYNNEL M. REYES, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135
(702) 262-6899

*Attorneys for Defendants Party City Corporation and Mike Zamecnik*

IT IS SO ORDERED.

Dated this 11th Day of March 2019.

_____
U.S. DISTRICT COURT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **March 8, 2019**, I caused to be served a copy of the foregoing *Stipulation For Dismissal with Prejudice and [Proposed] Order of Dismissal* by electronic filing with the Court's PACER e-filing system, addressed to:

David F. Faustman, Esq.
Lynnel M. Reyes, Esq
FOX ROTHSCHILD, LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135
Email: dfaustman@foxrothschild.com and arussell@foxrothschild.com

*Attorneys for Defendants Party City Corporation and Mike Zamecnik*

/s/ William Geddes
WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

3